RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12 / 28 / 06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY RILES, ET AL. | CONSOLIDATED CIVIL ACTION NO. 06-0634 |
| versus | JUDGE DONALD E. WALTER |
| STEVENS TRANSPORT, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. #13] filed in 06 CV 0634 and the similar Motion to Remand [Doc. #15] filed in member case 06 CV 0653 be and are hereby **DENIED**, as are plaintiffs' Motions for Costs also filed in each case.

**IT IS FURTHER ORDERED** that all claims asserted by Gary Riles in his capacity as administrator of the estate of Deltrice Riles be and are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of December, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE